USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 20, 2018

GORDON REES SCULLY MANSUKHANI, LLP
Donald G. Derrico, Esq. (DD-7776)
Gregory R. Picciano, Esq. (GP-1414)
500 Mamaroneck Avenue, Suite 503
Harrison, New York 10528
Phone: (914) 777-2225
Fax: (914) 709-4566
gpicciano@grsm.com
*Attorneys for Defendant Town Sports International, LLC d/b/a New York Sports Clubs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>TOWN SPORTS INTERNATIONAL, LLC d/b/a NEW YORK SPORTS CLUBS<br><br>Defendant. | Case No. 18-cv-05855-KPF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER** in difference in the above entitled action having been amicably adjusted by and between Plaintiff, Ceric Bishop, and Defendant, Town Sports International, LLC d/b/a New York Sports Clubs, it is hereby stipulated and agreed that any and all claims asserted against Defendant are hereby dismissed with prejudice and without costs against either party.

| | |
|---|---|
| **Cohen & Mizrahi**<br>Attorneys for Plaintiff<br><br>By: _____<br>Joseph H. Mizrahi, Esq.<br><br>Dated: 11/19/18 | **Gordon Rees Scully Mansukhani, LLP**<br>Attorneys for Defendant<br><br>By: _____<br>Gregory R. Picciano, Esq.<br><br>Dated: 11/19/18 |

SO ORDERED.

Dated:    November 20, 2018
             New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE